### GOOLSBY *v.* THE STATE.

GRICE, Justice. The sole assignment of error relating to the refusal to grant a new trial, the motion therefor being based on the general grounds only, there being sufficient evidence to support the verdict, and the same having the approval of the trial judge, the judgment is

*Affirmed. All the Justices concur.*

No. 14541. JUNE 11, 1943.

*Sydney H. Baynes,* for plaintiff in error.

*T. Grady Head, attorney-general, C. S. Baldwin, solicitor-general,* and *L. C. Groves, assistant attorney-general,* contra.